**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                        Case No. 17-20830-2

DANIAL DABISH,

        Defendant.
_____/

**ORDER RESCINDING EXTENSION TO REPORT
AND REVOKING BOND**

      This matter comes before the court for review of Defendant's alleged violation of the conditions for his release on bond. Defendant was scheduled to voluntarily report to FCI Terre Haute on April 26, 2020, for the commencement of his sentence. Through a stipulation and order ordered April 23, 2020, Defendant's voluntary surrender date was extended to May 26, 2020. (ECF No. 127.)

      On April 29, 2020, the Pretrial Services Officer submitted a bond violation report to the court addressing an incident involving Defendant and his ex-girlfriend. Specifically, the report alleges that on April 26, 2020, approximately 1:19 a.m., Defendant appeared at the abode which they earlier shared, grabbed his ex-girlfriend by the neck, strangled, threatened, and injured her, and fled the scene before police arrived. The report further indicates that Defendant was charged with aggravated felony assault. Upon review of the allegations contained in the incident report, the court now lacks sufficient confidence in Defendant's behavior to allow him to remain at liberty. Accordingly,

IT IS ORDERED that the order granting Defendant an extension to report (ECF No. 127) is RESCINDED and that Defendant's bond is REVOKED as of his report to the FCI noted below.

IT IS FURTHER ORDERED that Defendant is ORDERED to report to his designated institution, FCI Terre Haute, by **12:00 p.m. on May 4, 2020**. Knowing failure to report will constitute contempt of court, may constitute the crime of bond-jumping, and in either event carries separate sanctions.

<pre>                                        s/Robert H. Cleland              /
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE</pre>

Dated:  May 1, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 1, 2020, by electronic and/or ordinary mail.

<pre>                                        s/Lisa Wagner                   /
                                        Case Manager and Deputy Clerk
                                        (810) 292-6522</pre>

S:\Cleland\Cleland\HEK\Criminal\17-20830.DABISH.revoke.bond.order.report.HEK.RHC.docx